IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 MAY 15 P 4: 28

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr110-WHA |
| | ) | [8 USC 1326(b)(2)] |
| BENIGNO VALENCIA-GALVAN | ) | |
| | ) | |
| | ) | **INFORMATION** |

The United States Attorney charges:

On or about the 13th day of April, 2007, in Houston County, Alabama, in the Middle District of Alabama, the Defendant,

BENIGNO VALENCIA-GALVAN,

being an alien, did knowingly re-enter and was found in the United States after having been removed on or about September 15, 2001 from Hidalgo, Texas to Mexico, subsequent to a conviction for commission of an aggravated felony; to wit: Trafficking in Cocaine and Trafficking in Cannabis, in violation of Alabama Criminal Code Annotated 13A-12-231, in the Circuit Court of Montgomery County, Alabama, on or about September 10, 1998; without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Section 1326(b)(2).

LEURA G. CANARY
UNITED STATES ATTORNEY

CHRISTA D. DEEGAN
Assistant United States Attorney