IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 1:07cr110-WHA |
| BENIGNO VALENCIA-GALVAN | ) | |

ORDER

For Good Cause, it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on May 23, 2007, at 3:30 p.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

The Clerk is directed to provide a court reporter and an Interpreter for this proceeding.  If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 22nd day of May, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE