# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.                                                               WAIVER OF INDICTMENT

BENIGNO VALENCIA-GALVAN                      CASE NUMBER: 1:07-cr-110-WHA

I, _____BENIGNO VALENCIA-GALVAN_____, the above named defendant, who is accused of

A VIOLATION OF TITLE 8 USC 1326(b)(2),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __23 May 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer