IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:07-CR-110-WHA |
| ) | |
| v. ) | |
| ) | |
| BENIGNO VALENCIA ) | |
| GALVAN, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

**COMES NOW** Counsel for the Defendant, Robert I. Hinson, and hereby respectfully requests this Court to allow him to withdraw as counsel for the above-named Defendant.  As grounds therefore, Counsel states as follows:

1. That counsel's services are no longer needed, as Defendant has retained the services of the Federal Defender's Office.

2. Allowing counsel to withdraw would not cause undue hardship on any party in this case.

WHEREFORE, Counsel respectfully asks this Court to allow him to withdraw as Counsel of record for the above-named Defendant, Benigno Galvan.

Respectfully submitted this the 29th day of May 2007.

                                                      s/Robert I. Hinson [HIN-033]
                                                      Attorney for the Defendant

OF COUNSEL:
LUDLUM, GIL & HILBOLDT, LLC
1752 Whatley Drive
Dothan, AL 36303
Tel:  (334)-673-0100
FAX: (334)-836-1492

## CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the foregoing, *Motion to withdraw,* on opposing counsel, by placing a copy of the same in the United States Mail, first class, postage prepaid, and properly addressed this 29th day of May 2007 to the following:

  Christa Deegan, Esq.
  United States Attorney's Office
  Middle District of Alabama
  One Court Square
  Suite 201
  Montgomery, Alabama 36104

              s/Robert I. Hinson
              OF COUNSEL