IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:07CR 110-WHA |
| | ) | |
| BENIGNO VALENCIA-GALVAN | ) | |

O R D E R

It is ORDERED that the Motion to Withdraw filed by Counsel (Document 21) on May 29, 2007, be and is hereby GRANTED.

DONE, this 7th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE