AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page  2  of  6

DEFENDANT:      BENIGNO VALENCIA-GALVAN
CASE NUMBER:    1:07cr110-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**41 months.**

RETURNED AND FILED

DEC 2 7 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____.

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _12-13-07_  to  _PPCC_

at  PINE PRAIRIE CORRECTIONAL CTR.  , with a certified copy of this judgment.
    1133 HAMPTON DUPRE RD.
    P.O. BOX 650
    PINE PRAIRIE, LA  70576

_Warden Viator_
UNITED STATES MARSHAL

By _Pamela Doyle_
DEPUTY UNITED STATES MARSHAL